UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS BRADLEY,<br><br>                        Plaintiff,<br><br>          -against-<br><br>COMMISSIONER CYNTHIA BRANN, *et al.*,<br><br>                      Defendants. | 20-CV-9400 (CM)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued January 5, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 5, 2021
            New York, New York

                                              COLLEEN McMAHON
                                       Chief United States District Judge